UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
Sep 02, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEOPOLDO GONZALEZ,<br><br>Defendant. | Case No.   21-cr-109-JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  LEOPOLDO GONZALEZ ,

Case No.  21-cr-109-JAM  Charge 21 USC §§ 846, 841(a)(1) , from custody for the following reasons:

_____   Release on Personal Recognizance

__X__   Bail Posted in the Sum of $   5,000.00 CASH

__X__   Unsecured Appearance Bond $   45,000.00 co-signed by Josefina Figueroa

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

_____   (Other):

Issued at Sacramento, California on September 2, 2021 at _4:32 pm_____.

By:   /s/ Carolyn K. Delaney

Magistrate Judge Carolyn K. Delaney