PHILLIP A. TALBERT
United States Attorney
ROBERT C. ABENDROTH
EMILY G. SAUVAGEAU
ANGELA L. SCOTT
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEOPOLDO GONZALEZ, JR.,<br><br>Defendant. | CASE NO. 21-CR-00109-DAD-2<br><br>STIPULATION TO SCHEDULE CHANGE-OF-PLEA HEARING<br><br>DATE: October 1, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

Plaintiff United States of America, by and through its counsel of record, and defendant LEOPOLDO GONZALEZ, JR. ("defendant"), by and through defendant's counsel of record, Ryan Roth, hereby stipulate as follows:

1. On August 25, 2021, defendant was arraigned on the indictment in the above-captioned matter. At a hearing the following day, defendant was ordered released on bond. Doc. 85, 86.

2. By previous order, this case was set for trial on November 4, 2024. Doc. 208.

3. The government previously extended a written plea offer to defendant, and counsel for defendant indicated yesterday that defendant intends to accept that offer. The government will file the agreement upon its receipt of the signed copy from defense counsel.

4. By this stipulation, the parties respectfully request that the Court set a change-of-plea hearing

///

for defendant on October 1, 2024, so that defendant may enter his guilty plea pursuant to the parties' agreement.

IT IS SO STIPULATED

Dated:  September 18, 2024               PHILLIP A. TALBERT
                                         United States Attorney

                                   By:   /s/ ANGELA L. SCOTT
                                         ANGELA L. SCOTT
                                         Assistant United States Attorney

Dated:  September 18, 2024               /s/ RYAN ROTH per email authorization
                                         RYAN ROTH
                                         Counsel for Defendant
                                         LEOPOLDO GONZALEZ, JR

## ORDER

Pursuant to the parties' stipulation and for good cause shown, IT IS HEREBY ORDERED that a change-of-plea hearing for defendant LEOPOLDO GONZALEZ, JR. is hereby set for October 1, 2024, at 9:30 a.m.

IT IS SO ORDERED.

Dated:  **September 23, 2024**            _Dale A. Drozd_
                                          DALE A. DROZD
                                          UNITED STATES DISTRICT JUDGE