PHILLIP A. TALBERT
United States Attorney
ROBERT C. ABENDROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00109-DAD |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING AND ORDER |
| v. | |
| LEOPOLDO GONZALEZ, JR.<br>Defendant. | |

**STIPULATION**

1. By this stipulation, the parties respectfully request that the sentencing hearing scheduled for January 6, 2025, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on March 17, 2025, at 9:30 a.m. in order for the defense to pursue relevant mitigating information prior to sentencing. The parties propose the following schedule:

Plea Date: 10/1/2024

Sentencing Date: 03/17/2025 at 9:30 AM

Reply Date: 03/10/2025

Correction Date: 03/03/2025

Report Date: 02/24/2025

Objection Date: 02/17/2025

Proposed Date: 02/03/2025

1

2. The parties request the Court reschedule the sentencing in this matter and set the above listed disclosure dates.

IT IS SO STIPULATED.

Dated: December 20, 2024

PHILLIP A. TALBERT
United States Attorney

*/s/ ROBERT C. ABENDROTH*
ROBERT C. ABENDROTH
Assistant United States Attorney

Dated: December 20, 2024

*/s/ RYAN ROTH*
RYAN ROTH
Counsel for Defendant
LEOPOLDO GONZALEZ, JR.

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing in the above-entitled matter, scheduled for January 6, 2025, at 9:30 a.m., is vacated and the matter is continued to March 17, 2025, at 9:30 a.m., for imposition of judgment and sentencing. In addition, the schedule of disclosure of the presentence report and related dates is hereby modified as proposed by the parties.

IT IS SO ORDERED.

Dated: **December 23, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2