MICHELE BECKWITH
Acting United States Attorney
ROBERT ABENDROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00109 DAD-2 |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING SENTENCING HEARING |
| v. | |
| LEOPOLDO GONZALEZ, JR., | |
| Defendant. | |

## STIPULATION

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Robert Abendroth, Counsel for Plaintiff, and Attorney Ryan Roth, Counsel for Defendant LEOPOLDO GONZALEZ, JR., that the sentencing hearing scheduled for March 17, 2025, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on June 30, 2025, at 9:30 a.m. The defense desires additional time to coordinate interviews and provide information to the Office of Probation and Parole concerning the preparation of a Presentence Investigation Report. The parties further request that the schedule of disclosure be modified as follows:

[CONTINUED ON NEXT PAGE]

STIPULATION AND ORDER CONTINUING
SENTENCING HEARING

1

Draft Presentence Report: 5/19/2025

Informal Objections: 6/2/2025

Final Presentence Report: 6/9/2025

Motion for Correction: 6/16/2025

Reply, or Non-Opposition: 6/23/2025

J&S: 6/30/2025

It is so stipulated and requested.

Dated: March 10, 2025                     MICHELE BECKWITH
                                          Acting United States Attorney


                                          /s/ *ROBERT ABENDROTH*
                                          ROBERT ABENDROTH
                                          Assistant United States Attorney


Dated: March 10, 2025                     /s/ *RYAN ROTH*
                                          RYAN ROTH
                                          Counsel for Defendant
                                          Leopoldo Gonzalez, Jr.


### ORDER

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing in the above-entitled matter, scheduled for March 17, 2025, at 9:30 a.m., is vacated and the matter is continued to June 30, 2025, at 9:30 a.m., for judgment and sentencing. The parties' proposed modification to presentence report schedule of disclosure and related filing dates is adopted.

IT IS SO ORDERED.

Dated:   **March 11, 2025**                  _____
                                             DALE A. DROZD
                                             UNITED STATES DISTRICT JUDGE