MICHELE BECKWITH
Acting United States Attorney
ROBERT ABENDROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>LEOPOLDO GONZALEZ, JR.,<br><br>                    Defendant. | CASE NO. 2:21-CR-109 DAD-2<br><br>STIPULATION AND ORDER CONTINUING SENTENCING HEARING |

**STIPULATION**

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Robert Abendroth, Counsel for Plaintiff, and Attorney Ryan Roth, Counsel for Defendant LEOPOLDO GONZALEZ, JR., that the sentencing hearing scheduled for June 30, 2025, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on August 18, 2025, at 9:30 a.m. The defense desires additional time to coordinate interviews and provide information to the Office of Probation and Parole concerning the preparation of a Presentence Investigation Report. The parties further request that the schedule of disclosure be modified as follows:

[CONTINUED ON NEXT PAGE]

| | | |
|---|---|---|
| Plea Date: | Entered 10/1/2021 | |
| Judgement and Sentencing Date: | 8/18/2025 at 9:30 AM | |
| Draft Presentence Report: | Filed 5/28/2025 | |
| Reply or statement of non−opposition: | 8/11/2025 | |
| Motion for correction of the Pre−Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | 8/4/2025 | |
| The Pre−Sentence Report shall be filed with the court and disclosed to counsel no later than: | 7/28/2025 | |
| Counsel's written objections to the Pre−Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 7/21/2025 | |

Dated:  June 27, 2025                                   MICHELE BECKWITH
                                                        Acting United States Attorney


                                                        /s/ *ROBERT ABENDROTH*
                                                        ROBERT ABENDROTH
                                                        Assistant United States Attorney


Dated:  June 27, 2025                                   /s/ *RYAN ROTH*
                                                        RYAN ROTH
                                                        Counsel for Defendant
                                                        Leopoldo Gonzalez, Jr.

STIPULATION AND ORDER CONTINUING
SENTENCING HEARING

2

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing in the above-entitled matter, scheduled for June 30, 2025, at 9:30 a.m., is vacated and the matter is continued to August 18, 2025, at 9:30 a.m., for judgment and sentencing. The parties' proposed modification to presentence report schedule of disclosure and related filing dates is adopted.

IT IS SO ORDERED.

Dated: **June 28, 2025**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE