```
1  ERIC GRANT
   United States Attorney
2  ROBERT ABENDROTH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-109 DAD-2 |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING SENTENCING HEARING |
| v. | |
| LEOPOLDO GONZALEZ, JR., | |
| Defendant. | |

**STIPULATION**

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Robert Abendroth, Counsel for Plaintiff, and Attorney Ryan Roth, Counsel for Defendant LEOPOLDO GONZALEZ, JR., that the sentencing hearing scheduled for August 18, 2025, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on November 17, 2025, at 9:30 a.m. The defense desires additional time to coordinate interviews and gather mitigation information for sentencing, and the government desires additional time to craft a sentencing recommendation and file a sentencing memorandum. The parties further request that the schedule of disclosure be modified as follows:

[CONTINUED ON NEXT PAGE]

STIPULATION AND ORDER CONTINUING
SENTENCING HEARING
1

|  |  |
|---|---|
| Plea Date: | Entered 10/1/2024 |
| Judgement and Sentencing Date: | 11/17/2025 at 9:30 AM |
| Draft Presentence Report: | Previously Filed 5/28/2025 |
| Reply or statement of non−opposition: | Previously Filed 8/11/2025 |
| Motion for correction of the Pre−Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | Previously Filed 8/4/2025 |
| The Pre−Sentence Report shall be filed with the court and disclosed to counsel no later than: | Previously Filed 7/28/2025 |
| Counsel's written objections to the Pre−Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | Previously Filed 7/21/2025 |

Dated: August 12, 2025                                         ERIC GRANT
                                                               United States Attorney

                                                               /s/ *ROBERT ABENDROTH*
                                                               ROBERT ABENDROTH
                                                               Assistant United States Attorney


Dated: August 12, 2025                                         /s/ *RYAN ROTH*
                                                               RYAN ROTH
                                                               Counsel for Defendant
                                                               Leopoldo Gonzalez, Jr.

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing in the above-entitled matter, scheduled for August 18, 2025, at 9:30 a.m., is vacated and the matter is continued to November 17, 2025, at 9:30 a.m., for judgment and sentencing. The parties' proposed modification to presentence report schedule of disclosure and related filing dates is adopted.

IT IS SO ORDERED.

Dated: **August 12, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE